Filed Under Seal

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. __________** |
| **v.** | : | **DATE FILED: __________** |
| **SHARON JONES** | : | **VIOLATIONS:**<br>**18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) (dealing in firearms without a license – 1 count)**<br>**18 U.S.C. § 924(a)(1)(A) (making false statements to a federal firearms licensee – 6 counts)**<br>**Notice of forfeiture** |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

From on or about July 23, 2020 and to on or about September 4, 2020, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SHARON JONES**

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**COUNTS TWO THROUGH SEVEN**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. The Bunker Gun Shop, 549 York Road, Warminster, Pennsylvania, possessed a federal firearms license ("FFL") and was authorized to deal in firearms under federal laws.

2. FFL holders are licensed, among other things, to sell firearms and ammunition. Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFL holders are permitted to sell firearms and ammunition.

3. The rules and regulations governing FFL holders require that a person seeking to purchase a firearm fill out a Firearm Transaction Record, ATF Form 4473 ("Form 4473"). Part of the Form 4473 requires that the prospective purchaser certify that all of his or her answers on Form 4473 are true and correct. The buyer is required to include his or her home address. The Form 4473 contains language warning that, "I understand that answering 'yes' to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law," "making any false oral or written statement, or the exhibiting of any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony," and "I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law."

4. FFL holders are required to maintain a record, in the form of a completed Form 4473, of the identity of the actual buyer of firearms sold by the FFL holder, including the buyer's home address and date of birth, to ensure that the person was not prohibited from

purchasing a firearm. For example, convicted felons are persons prohibited by law from buying firearms.

5. On or about the dates listed below, in Warminster, in the Eastern District of Pennsylvania, defendant

**SHARON JONES,**

in connection with the acquisition of each of the firearms listed below from The Bunker Gun Shop, located at 549 York Road, Warminster, Pennsylvania, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the FFL holders' records, in that defendant SHARON JONES, certified on the Form 4473 that she was the actual transferee/buyer, and that her address was 3124 Hartville Street, Philadelphia, Pennsylvania, when in fact, as defendant knew, these statements were false and fictitious, because JONES was purchasing the firearms for the purpose of resale for profit, and because JONES did not reside at 3124 Hartville Street, Philadelphia, Pennsylvania, each date constituting a separate offense:

| Count | Date | Firearm | Serial Number |
|---|---|---|---|
| Two | 7/23/2020 | Glock, Model 17, 9mm semi-automatic pistol | BPGY467 |
| | 7/23/2020 | SCCY, Model CPX-2, 9mm semi-automatic pistol | 942021 |
| Three | 7/28/2020 | Taurus, Model G3C, 9mm semi-automatic pistol | ABG711212 |
| Four | 7/30/2020 | Sig Sauer, Model P365, 9mm semi-automatic pistol | 66A153453 |
| | 7/30/2020 | Canik, Model TP9SFx, 9mm semi-automatic pistol | 20BC24501 |
| | 7/30/2020 | Springfield, Model XDs, 9mm semi-automatic pistol | BY219829 |
| Five | 8/6/2020 | Glock, Model 40, 10mm semi-automatic pistol | BNNX268 |
| | 8/6/2020 | FOZ, Model 75, 9mm semi-automatic pistol | D328535 |
| | 8/6/2020 | EAA, Model Pavona, 9mm semi-automatic pistol | EAA01531 |

| | | | |
|---|---|---|---|
| | 8/6/2020 | RIA, Model 2011, .45 caliber semi-automatic | RIA1498898 |
| Six | 8/17/2020 | Glock, Model 23, .40 caliber semi-automatic pistol | BPKD312 |
| | 8/17/2020 | CK Arms, Model P09, 9mm semi-automatic pistol | C530802 |
| | 8/17/2020 | CK Arms, Model P10F, 9mm semi-automatic pistol | D304915 |
| | 8/17/2020 | Canik, Model TP9SFx, 9mm semi-automatic pistol | 20BC28270 |
| Seven | 9/4/2020 | Glock, Model 43X, 9mm semi-automatic pistol | BPTR42 |
| | 9/4/2020 | Ruger American, 9mm semi-automatic pistol | 863-05091 |
| | 9/4/2020 | SCCY, Model CPX-2, 9mm semi-automatic pistol | C007925 |
| | 9/4/2020 | Smith & Wesson, Model MP20, 9mm semi-automatic pistol | NHB1077 |
| | 9/4/2020 | Glock, Model 23, .40 caliber semi-automatic pistol | AESP709 |

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(a)(1)A) and 924(a)(1)(A), set forth in this indictment, defendant

**SHARON JONES**

shall forfeit to the United States of America, the firearms and other items involved in the commission of such violations, including, but not limited to:

1) A Glock, Model 17, 9mm semi-automatic pistol, bearing serial number BPGY467;

2) An SCCY, Model CPX-2, 9mm semi-automatic pistol, bearing serial number 942021;

3) A Taurus, Model G3C, 9mm semi-automatic pistol, bearing serial number ABG711212;

4) A Sig Sauer, Model P365, 9mm semi-automatic pistol, bearing serial number 66A153453;

5) A Canik, Model TP9SFx, 9mm semi-automatic pistol, bearing serial number 20BC24501;

6) A Springfield, Model XDs, 9mm semi-automatic pistol, bearing serial number BY219829;

7) A Glock, Model 40, 10mm semi-automatic pistol, bearing serial number BNNX268;

8) An FOZ, Model 75, 9mm semi-automatic pistol, bearing serial number D328535;

9) An EAA, Model Pavona, 9mm semi-automatic pistol, bearing serial number EAA01531;

10) An RIA, Model 2011, .45 caliber semi-automatic, bearing serial number RIA1498898;

11) A Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number BPKD312;

12) A CK Arms, Model P09, 9mm semi-automatic pistol, bearing serial number C530802;

13) A CK Arms, Model P10F, 9mm semi-automatic pistol, bearing serial number D304915;

14) A Canik, Model TP9SFx, 9mm semi-automatic pistol, bearing serial number 20BC28270;

15) A Glock, Model 43X, 9mm semi-automatic pistol, bearing serial number BPTR42;

16) A Ruger American, 9mm semi-automatic pistol, bearing serial number 863-05091;

17) An SCCY, Model CPX-2, 9mm semi-automatic pistol, bearing serial number C007925;

18) A Smith & Wesson, Model MP20, 9mm semi-automatic pistol, bearing serial number NHB1077; and

19) A Glock, Model 23, .40 caliber semi-automatic pistol, bearing serial number AESP709.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

[redacted]

**GRAND JURY FOREPERSON**

for

**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

SHARON JONES

---

INDICTMENT

Counts

18 U.S.C. §§ 922(a)(1)(A), 924(a)(1)(D) (dealing in firearms without a license – 1 count)
18 U.S.C. § 924(a)(1)(A) (making false statements to a federal firearms licensee – 6 counts)
Notice of Forfeiture

---



Foreman

in open ________ 24 ________ day,
________ A.D. 20 21 ________

Clerk

---

Bail, $____________